IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANIEL B. JONES, :

   Plaintiff :

v. : Civil Action No. S-00-1053

UNITED STATES POST OFFICE, :

   Defendant :

o0o

## ORDER

This case was removed from the District Court of Maryland for Baltimore County on April 11, 2000. Plaintiff alleges:

> The post office delivered Priority Mail which was ripped open. Upon receipt the package was empty. Contents were valued at $475.

He does not state when the incident occurred, nor whether the package was insured.

The Unites States Postal Service is immune to tort claims for the "loss, miscarriage or negligent transmission of letters or postal matter." 28 U.S.C. §2680 (b). Under certain circumstances, however, it may be sued for breach of contract. *See Djordjevic v. Postmaster General*, 911 F. Supp. 72, 75 (E. D. N.Y. 1995). It is not clear whether such circumstances exist in this case. Because Plaintiff is proceeding *pro se*, he will be allowed an opportunity to supplement his complaint.

Accordingly, it is, this ___ day of April 2000, hereby **ORDERED** that:

1. Plaintiff is directed to supplement his complaint, **within twenty (20) days from the date of this Order** with the following information:

   a. The date the package was mailed and the date it was received;

  b. Whether he was the sender or the addressee;

  c. Whether the package was insured; and

  d. An explanation of any claims he made to the Postal Service concerning the package;

  2. Plaintiff is warned that if he fails to supplement his complaint in accordance with this Order it may be dismissed without prejudice without any further notice; and

  3. The Clerk is directed to mail copies of this Order to Plaintiff and Counsel for Defendant.

              _____
              Frederic N. Smalkin
              United States District Judge