## IN .. ..E UNITED STATES DISTRICT CUURT
## FOR THE DISTRICT OF MARYLAND

**DANIEL B. JONES**                          *

**Plaintiff(s)**                             *

    **vs.**                 *

**UNITED STATES POST**                       *
**OFFICE**
   **Defendant(s)**            ******

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 1 8 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**Civil No.: S-00-1053**

DEPUTY

## ORDER

IT IS HEREBY ORDERED that the party who removed this action to this court shall, no later than fifteen (15) days from the date of this order file and serve with the court a signed statement that sets forth the following information:

1. The date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the removed state court action.

2. The date(s) on which each defendant was served with a copy of the summons and complaint, if any of those dates are different from the date(s) set forth in item number 1.

3. In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of the state in which this court sits.

4. If removal has taken place more than thirty (30) days after any defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) first received a paper identifying the basis for such removal.

5. In actions removed to this court in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not summarily

U.S. District Court (Rev. 9/98) - Removal Order - Jurisdictional Information

be remanded to state court.

6. Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.

IT IS FURTHER ORDERED that all defendants to the action who joined in the notice of removal shall file such statement within the time period set forth herein, although the parties may file a joint statement so long as such statement is signed by counsel for each party.

IT IS FURTHER ORDERED that the removing defendant(s) shall serve a copy of this Order on all other parties to the action no later than the time they file and serve a copy of the statement required by this Order. Any party who learns at any time that any information provided in the statement(s) filed pursuant to this Order is incorrect shall immediately notify the court in writing to said effect.

IT IS SO ORDERED.


4/18/00
Date

Frederic N. Smalkin
United States District Judge